**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, STATE OF CALIFORNIA, DISTRICT OF COLUMBIA, STATES OF HAWAII, ILLINOIS, IOWA, MARYLAND, NEW YORK, OREGON, AND WASHINGTON,<br><br>*Plaintiffs,*<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, and UNITED STATES CUSTOMS AND BORDER PROTECTION,<br><br>*Defendants.* | **Case No. 1:17-cv-12022-FDS** |

**<u>CERTIFICATION PURSUANT TO LOCAL RULE 16.1</u>**

Pursuant to Local Rule 16.1(d)(3), the undersigned counsel hereby affirm that they have conferred with a view to establishing a budget for the costs of conducting the litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outline in Local Rule 16.4.

Respectfully submitted,

PLAINTIFF STATES,
By their Authorized Representative,

MAURA HEALEY
ATTORNEY GENERAL

/s Jonathan Sclarsic

JONATHAN SCLARSIC, BBO No. 672540
Assistant Attorneys General
Office of the Attorney General
One Ashburton Place
Boston, MA 02108
Phone: (617) 727-2200
Fax: (617) 727-5785
Jonathan.Sclarsic@state.ma.us

ANDREW E. LELLING
United States Attorney

/s Anita Johnson

ANITA JOHNSON, BBO No. 565540
Assistant United States Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
One Courthouse Way - Suite 9200
Boston, MA 02210
(617) 748-3266
Anita.Johnson@usdoj.gov

February 15, 2018