## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, STATE OF CALIFORNIA, DISTRICT OF COLUMBIA, STATES OF HAWAII, ILLINOIS, IOWA, MARYLAND, NEW YORK, OREGON, AND WASHINGTON,<br><br>*Plaintiffs,*<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, and UNITED STATES CUSTOMS AND BORDER PROTECTION,<br><br>*Defendants.* | Case No.   1:17-cv-12022-FDS |

## **JOINT MOTION TO RESCHEDULE STATUS CONFERENCE**

The above captioned parties jointly move to request that the Court reschedule the status conference now scheduled in this case for June 4, 2018. As grounds, counsel for the Defendants will be out of the country and unavailable on the scheduled date.

                                                                Respectfully submitted,

PLAINTIFF STATES,                             ANDREW E. LELLING
By their Authorized Representative,     United States Attorney

MAURA HEALEY
ATTORNEY GENERAL

| /s Jonathan Sclarsic | /s Anita Johnson |
|---|---|
| JONATHAN SCLARSIC, BBO No. 672540 | ANITA JOHNSON, BBO No. 565540 |
| Assistant Attorneys General | Assistant United States Attorney |
| Office of the Attorney General | United States Attorney's Office |
| One Ashburton Place | John Joseph Moakley U.S. Courthouse |
| Boston, MA 02108 | One Courthouse Way - Suite 9200 |
| Phone: (617) 727-2200 | Boston, MA 02210 |
| Fax: (617) 727-5785 | (617) 748-3266 |
| Jonathan.Sclarsic@state.ma.us | Anita.Johnson@usdoj.gov |

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 29, 2018, the foregoing motion will be filed and served electronically through the CM/ECF system to the all parties in this matter.

                                            /s Jonathan Sclarsic
                                          JONATHAN SCLARSIC, BBO No. 672540
                                          Assistant Attorneys General
                                          Office of the Attorney General
                                          One Ashburton Place
                                          Boston, MA 02108
                                          Phone: (617) 727-2200
                                          Fax: (617) 727-5785
                                          Jonathan.Sclarsic@state.ma.us

May 29, 2018