# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, STATE OF CALIFORNIA, DISTRICT OF COLUMBIA, STATES OF HAWAII, ILLINOIS, IOWA, MARYLAND, NEW YORK, OREGON, AND WASHINGTON, <br><br>    *Plaintiffs,*<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, and UNITED STATES CUSTOMS AND BORDER PROTECTION,<br><br>    *Defendants.* | Case No. 1:17-cv-12022-FDS |

## ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE

Defendants request that the status conference set for April 17, 2019, be reset for late May 2019. The undersigned will be out of state, April 11-22, 2019, and unavailable to attend the status conference. Defendant U.S. Citizenship and Immigration Services (USCIS) is working to follow up on several queries raised by Plaintiffs regarding a few documents not yet produced. These are documents initially received by Defendant but referred to other agencies. Defendant expects to have these queries resolved by late May 2019, and requests that the Court reset the status conference until that time. As previously reported to the Court, all Defendants completed

their productions as of the end of November, in accordance with the production schedule set by the Court, and Plaintiffs have raised a question about certain redactions and the few documents that USCIS referred to other agencies.   The parties have no matters they need to raise with the Court at this time, and, thus, request that the Court continue the status conference to another date to address any remaining issues, as needed.

                              Respectfully submitted,

| | |
|---|---|
| PLAINTIFF STATES,<br>By their Authorized Representative, | ANDREW E. LELLING<br>UNITED STATES ATTORNEY |
| MAURA HEALEY<br>ATTORNEY GENERAL | |
| */s/ Sara A. Colb*<br>Sara A. Colb, BBO No. 680972<br>Assistant Attorney General<br>Office of the Attorney General<br>One Ashburton Place<br>Boston, MA 02108<br>Phone: (617) 963-2031<br>Fax: (617) 727-5762<br>Sara.Colb@mass.gov | */s/ Anita Johnson*<br>ANITA JOHNSON, BBO No. 565540<br>Assistant United States Attorney<br>United States Attorney's Office<br>John Joseph Moakley U.S. Courthouse<br>One Courthouse Way - Suite 9200<br>Boston, MA 02210<br>(617) 748-3266<br>Anita.Johnson@usdoj.gov |

Certificate of Service and Rule 7.1 Conference

     I certify that this document will be filed through the electronic filing system of the Court, which system will serve all parties, and that I have conferred with counsel for Plaintiffs and she assents to this Motion, both on this fifth day of April 2019.

                                          */s/  Anita Johnson*